ANTONIO MERANDINO, PLAINTIFF-APPELLEE, v. STE-
FANO SANTANIELLO, DEFENDANT-APPELLANT.

Decided August 8, 1924.

Contracts—Loan of Money—Allegation that Borrower was Act-
ing as Agent for One for Whose Benefit the Loan was Made
—Evidence to Support Plaintiff's Claim.

On appeal from the Second Judicial District Court of
Monmouth county.

Before Justices KALISCH, KATZENBACH and LLOYD.

For the appellant, *John C. Giordano.*

For the appellee, *Harry R. Cooper.*

PER CURIAM.

This is an appeal from a judgment rendered in the Second
Judicial District Court of Monmouth county, the court, sit-
ting without a jury, in favor of the plaintiff and against the
defendant, for the sum of $325, in an action brought by the
former against the latter to recover the stated sum which
the plaintiff alleged he had loaned to the defendant, to aid
him in paying a fine which had been imposed upon Patsy
Rampino, his son-in-law, who was in the custody of the
sheriff of Monmouth county.

The defense interposed to the plaintiff's claim, by the de-
fendant, was that in borrowing the money of the plaintiff
he was acting as the agent of Patsy Rampino, which fact he
made known to the plaintiff at the time the latter made the
loan.

According to the state of the case agreed upon between
the counsel of the respective parties, there was testimony
tending to establish that the defendant borrowed the sum of
money sued for of the plaintiff, and agreed to repay the same
to him.

The fact that the plaintiff was aware for whom and for what purpose the defendant borrowed the money is of no importance.

The plaintiff testified that he loaned the money to the defendant upon his promise to repay. The defendant's testimony was to the effect that he was sent by Patsy Rampino to get the money from the plaintiff for him, Rampino, and that he assumed no personal responsibility for the repayment.

As there was testimony which would support a finding that the defendant borrowed the money and agreed to repay the sum so borrowed to the plaintiff, we cannot properly disturb the court's finding.

Judgment is affirmed.